# Exhibit A



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Not For Profit Corporation
CONTINUING EVANGELICAL EPISCOPAL COMMUNION, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | N19000012072 |
| **FEI/EIN Number** | 84-3614339 |
| **Date Filed** | 12/03/2019 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

12966 Silver Oak Dr
Jacksonville, FL 32223

Changed: 03/19/2024

**Mailing Address**

12966 Silver Oak Dr
Jacksonville, FL 32223

Changed: 03/19/2024

**Registered Agent Name & Address**

Pezzutti, Bill
12966 Silver Oak Dr.
Jacksonville, FL 32223

Name Changed: 03/19/2024

Address Changed: 03/19/2024

**Officer/Director Detail**

**Name & Address**

Title P

Gosselin, Robert J
PO Box 72
Huntsville, TN 37756

Title VP

Pezzutti, Bill
12966 Silver Oak Dr
Jacksonville, FL 32223

Title T/S

GOSSELIN, PATRICIA
PO Box 72
Huntsville, TN 37756

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 02/03/2023 |
| 2024 | 03/19/2024 |
| 2025 | 04/16/2025 |

**Document Images**

| | |
|---|---|
| 04/16/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2024 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2023 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 02/11/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/20/2020 -- ANNUAL REPORT | View image in PDF format |
| 12/03/2019 -- Domestic Non-Profit | View image in PDF format |

Florida Department of State, Division of Corporations