# Exhibit C

News ▼    Weather ▼    Sports ▼    Watch FOX4/WDAF+ ▼    Mornings ▼    Great Day KC ▼    About ▼    Marketplace ▼    Search

# International College of Bishops Proclaims New Name for CEEC.CHURCH

NEWS PROVIDED BY
EIN Presswire
Aug 04, 2025, 7:30 AM ET

*A New Chapter Begins: The Continuing Evangelical Episcopal Communion Becomes "The Confessing Anglican Church" on 18 August 2025*

JACKSONVILLE, FL, UNITED STATES, August 4, 2025 /EINPresswire.com/ -- In an era of doctrinal drift and moral ambiguity within the broader Anglican landscape and many elements of the church at large, our International College of Bishops has discerned the need for renewed clarity, fidelity, and public witness and chosen to speak loudly and clearly. Accordingly, the Continuing Evangelical Episcopal Communion (CEEC) will, effective 18 August 2025, assume its new identity as The Confessing Anglican Church.

This name change arises from a pastoral and ecclesial imperative: to distinguish our Communion clearly amidst the confusion caused by numerous ecclesial bodies bearing the same acronym. With over a dozen entities sharing the "CEEC" initials, unity of identity and clarity of mission demand an unmistakable name—one that bears theological weight, historical integrity, and prophetic clarity.

_____



The Seal of the Confessing Anglican Church

Honoring a Legacy of Faithful Confession

The adoption of the name Confessing Anglican Church is neither cosmetic nor superficial—it is deeply symbolic. It intentionally echoes the faithful witness of the Confessing Church in Germany during the 1930s, where leaders such as Dietrich Bonhoeffer, Martin Niemöller, and Karl Barth stood against theological compromise and state-imposed ideology. They bore bold witness to:
• The exclusive Lordship of Christ over His Church
• The inviolable authority of Holy Scripture and the historic creeds
• The rejection of any politicization or distortion of the Gospel

**We chose the name Confessing Anglican Church to show the world we still believe the creeds matter."**
*— Archbishop Vijay Raju, the Bishop Primus*



Abp Vijay Raju Gadepe (Bishop Primus)

The term "Confessing" powerfully signifies our dedication to the ancient creeds—Apostles', Nicene, and Athanasian—in defiance of the prevailing currents of heresy and secularization. It asserts our refusal to allow contemporary heresies to distort the faith once delivered to the saints.

"We chose the name Confessing Anglican Church to show the world we still believe the creeds matter," says Archbishop Vijay Raju, the Bishop Primus.
_____



Abp Robert Gosselin (General Secretary)

The Confessing Anglican Church embraces all three historic roots of Christian identity:
• SACRAMENTAL LIFE — Celebrating Christ's redeeming grace through the liturgies of the Book of Common Prayer, and administering the holy sacraments under the authority of bishops in valid apostolic succession.
• EVANGELICAL WITNESS — Proclaiming salvation by grace through faith in Jesus Christ and the freedom his new creation brings, with the holy Scriptures as the supreme authority in all matters of faith and conduct, interpreted through the lenses of two millennia of historic tradition and sanctified reason.
• PENTECOSTAL POWER — Embracing the dynamic work of the Holy Spirit in His gifts, fruit, and sanctifying presence as He poured out at the birth of the Church on the day of Pentecost, empowering the Church for both mission and holiness.

This tri-fold identity is not eclecticism, but catholic fullness—a Church breathing with both lungs, ancient and alive.

Our Mission: Serve by Giving, Receiving, and Sending

As The Confessing Anglican Church, we pledge ourselves afresh to the Great Commission through a threefold ecclesial commitment:
• GIVING strength to the faithful—welcoming individuals into vibrant, sacramental communities where discipleship allows their gifts to be nurtured, their faith deepened, and their lives offered in service to Christ.
• RECEIVING churches, dioceses, clergy, and laity from across the Anglican world and beyond who affirm the historic doctrines, discipline, and

every place to which the Lord calls them.
_____

Canonical and Legal Considerations

In keeping with an Anglican ecclesial precedent—one that has worked well for the Free Church of England and the Reformed Episcopal Church since 1873—the legal designation of the Communion will be: "The Confessing Anglican Church, otherwise known as the Continuing Evangelical Episcopal Communion." The full name will appear on formal documents and legal registrations. However, in all missional, liturgical, and digital communications, we will be known solely and publicly as the Confessing Anglican Church.
_____

A Final Word
In the spirit of the ancient Church and the Reformers alike, we raise a public confession—not of novelty, but of fidelity. In an age where ecclesiastical identity is too often swayed by pragmatism or progressivism, we reaffirm our steadfast resolve:
"We are not ashamed of the Gospel of Christ, for it is the power of God unto salvation."
—Romans 1:16
We choose to adhere to an expression of the Gospel that is neither polluted nor diluted.

May this renewed name mark the beginning of a new season of faithfulness, unity, and courageous witness.

+ Soli Deo Gloria

Abp Robert Gosselin
Confessing Anglican Church
+1 904-923-7028
email us here
Visit us on social media:

LinkedIn

Legal Disclaimer:

EIN Presswire provides this news content "as is" without warranty of any kind. We do not accept any responsibility or liability for the accuracy, content, images, videos, licenses, completeness, legality, or reliability of the information contained in this article. If you have any complaints or copyright issues related to this article, kindly contact the author above.

NOTE: This content is not written by or endorsed by "WDAF", its advertisers, or Nexstar Media Inc.
For inquiries or corrections to Press Releases, please reach out to EIN Presswire.

Search by keyword                                                           SEARCH

FOX4KC WDAF-TV

News
Watch FOX4 Newscasts
Great Day KC
Community

Mornings
Contests
Sports

Online Public File
Public File Help
EEO Reports
FCC Applications

Get News App                     Get Weather App

      

Stay Connected

| News ▼ | Weather ▼ | Sports ▼ | Watch FOX4/WDAF+ ▼ | Mornings ▼ | Great Day KC ▼ | About ▼ | Marketplace ▼ |

| | | Subscribe To FOX4 Push Notifications | The Hill | NewsNation |
| | | BestReviews | Content Licensing | Advertise with Nexstar |
| | | Journalistic Integrity | Sitemap | Your Privacy Choices ✓✗ |

© 1998 - 2026 Nexstar Media Inc. | All Rights Reserved.