# Exhibit 2

| | |
|---|---|
| Translator Declaration | הצהרת מתרגם |
| I, the undersigned translator, | אני המתרגמת הח"מ |
| I D / Passport No 022299234 | מספר ת.ז 022299234 |
| Address: Modiin, Israel | כתובת: מודיעין, ישראל |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct

לאחר שהוזהרתי כי עליי לומר את האמת וכי אהיה צפויה לעונשים הקבועים בחוק אם לא אעשה כן, מצהירה בזה בכתב כדלקמן

1. I am making this affidavit in conjunction with my translation from the Hebrew language into the English language

2. ☑ I hereby declare that the English language is my mother tongue
   ☑ I am a professional translator with 15 years of experience.

3. I am fluent in the Hebrew and English languages and I confirm that the attached translation is accurate and true to the original document.

4. I translated the attached document from copy of the original document presented to me.

5. This is my name, my signature, and the content of my affidavit is true.

1. הנני עושה תצהירי זה בצמוד לתרגום שביצעתי מהשפה העברית לשפה האנגלית.

2. ☑ הנני מצהירה כי השפה האנגלית הינה שפת האם שלי.
   ☑ אני מתרגמת מקצועית וברשותי ניסיון של 15 שנה.

3. אני שולטת היטב בשפות עברית והאנגלית והנני לאשר את נאמנותו של התרגום ,וכי התרגום הינו מדויק.

4. אני תרגמתי את המסמך הרצ"ב מעותק של מסמך המקור שהוצג בפני.

5. זהו שמי, זו חתימתי ותוכן תצהירי אמת.

| | |
|---|---|
| Translator's Name and signature: | שם וחתימת המתרגם: לימור ליכטנשטיין כץ |
| Limor Lichtenstein Katz | |
| Date ___18/02/2026___ | ___18/02/2026___ תאריך |

**Ifrach Ya'akov Machluf Koby**                    **Licensed Dealer 040185852**
**8 HaTzionut St. Jerusalem**

---

# Deposit Receipt          Number: 05/00001          Source

**To:**                                    Your Number:    000000019
Y.S. Gold Investments Ltd                                    **Date:** 08/07/2025
                                                            **Time:.** 16:17

                    Phone:
                    Fax:
                    Licensed Dealer/Id. No.: �ढ▓          **Reference:**    Page 1 of 1

| Line | Details | Payment Type | Check Number | Repayment Date | Bank | Branch Number | Account Number | NIS Exchange Rate 0.00 | New Shekel |
|------|---------|--------------|--------------|----------------|------|---------------|----------------|------------------------|------------|
| 1 | Deposit Receipt Number 1 | Bank Transfer | | 08/07/2025 | | | | 0.00 | 1,000,000.00 |
| | | | | | | | Total: | 0.00 | 1,000,000.00 |

**Document Producer:**
**Ifrach Ya'akov Machluf Koby**_____

**True Copy**
**17/02/26 13:30**

Call Translation Universal Ltd
514981463

Universal
Translation