# Exhibit 3

**איפרח יעקב מכלוף קובי**
**הציונות 8 ירושלים**

**עוסק מורשה 040185852**

# קבלת פקדון     מספר : 05/000002     מקור

**לכבוד :**
י.ש גולד השקעות בע"מ

מספרכם: 000000020

**תאריך: 10/07/25**
**שעה : 13:49**

טלפון:
פקס:
ע.מ./ת.ז:         **אסמכתא:**

דף 1 מתוך 1

| שורה | פרטים | סוג תשלום | תאריך פרעון | בנק | מספר שיק | מספר חשבון | מספר סניף | ש"ח שע"ח 0.00 | שקל חדש |
|---|---|---|---|---|---|---|---|---|---|
| 1 | קבלת פקדון מספר 2 | העברה בנקאית | 10/07/25 | | | | | 0.00 | 9,000,000.00 |
| | | | | | | | **סה"כ:** | **0.00** | **9,000,000.00** |

**מפיק המסמך:**
איפרח יעקב מכלוף קובי  _____

מסמך זה הופק ע"י תוכנת ריווחית - ניהול עסקי   טל'-03-6447300 פקס-03-6447058   www.rivhit.co.il
דף 1 מתוך 1