# Exhibit 7

בנק לאומי | תאריך הנפקה 27.08.2025

## חשבונות מט"ח – עובר ושב

יתרת עובר ושב נכונה לתאריך 27.08.2025
יתרות משוערכות לתאריך 27.08.2025 ע"פ שערים יציגים מתאריך 26.08.2025

חשבון של אגודת וינסנט ) הכנסיה האנגליקנית ( - ‎█████‎ ) מטבע דולר ארה"ב $ יתרה $ 83,249.07

| תאריך | תנועות | אסמכתא | חובה | זכות | יתרה מצטברת |
|---|---|---|---|---|---|
| 05.08.2025 | העברת כספים | 51547988 | $ 34,000.00 | | $ 83,249.07 |
| 04.08.2025 | פרעון פקדון | 1009 | | $ 115,176.44 | $ 117,249.07 |
| 31.07.2025 | העברת כספים | 51495481 | $ 166,000.00 | | $ 2,072.63 |
| 31.07.2025 | רכישת מט"ח | 1220 | | $ 166,455.09 | $ 168,072.63 |
| 21.07.2025 | העברת כספים | 51350494 | $ 2,750,000.00 | | $ 1,617.54 |
| 21.07.2025 | עמ.העברת מטח | 51350494 | $ 192.00 | | $ 2,751,617.54 |
| 21.07.2025 | משוטף לפקדון | 90009 | $ 115,000.00 | | $ 2,751,809.54 |
| 17.07.2025 | פה.המר.מיידי | 68553980 | | $ 2,866,809.54 | $ 2,866,809.54 |

leumi

בנק לאומי | תאריך הנפקה 27.08.2025

חשבונות מט"ח – עובר ושב



העברת כספים

# $ 2,750,000.00

21.07.2025 | תאריך ערך: 21.07.2025

 אגודת וינסנט ( הכנסיה האנגליקנית )

51350494
PROVINCE OF RECONCILIATION
▇▇▇▇197
645051350494

 תשלום בסוויפט

 הודעת חיוב / זיכוי

אסמכתא
העברה אל
חשבון
מספר העסקה
מסמכים



בנק לאומי | תאריך הנפקה 27.08.2025

חשבונות מט"ח – עובר ושב



העברת כספים

# $ 166,000.00

31.07.2025 | תאריך ערך: 31.07.2025

| אגודת וינסנט ) הכנסיה האנגליקנית )

51495481 — אסמכתא
PROVINCE OF RECONCILIATION — העברה אל
197 — חשבון
645051495481 — מספר העסקה
תשלום בסוויפט — מסמכים

הודעת חיוב / זיכוי

בנק לאומי | תאריך הנפקה 27.08.2025

leumi

חשבונות מט"ח - עובר ושב



העברת כספים

# $ 34,000.00

05.08.2025 | תאריך ערך: 05.08.2025

אגודת וינסנט ) הכנסיה האנגליקנית )

| | |
|---|---|
| 51547988 | אסמכתא |
| PROVINCE OF RECONCILIATION | העברה אל |
| ▇▇▇▇1197 | חשבון |
| 645051547988 | מספר העסקה |
|  הודעת חיוב / זיכוי | מסמכים |
| 📄 תשלום בסוויפט | |