# Exhibit 8

| Translator Declaration | הצהרת מתרגם |
|---|---|
| I, the undersigned translator, | אני המתרגמת הח"מ |

| I D / Passport No 022299234 | מספר ת.ז 022299234 |
|---|---|
| Address: Modiin, Israel | כתובת: מודיעין, ישראל |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct

לאחר שהוזהרתי כי עליי לומר את האמת וכי אהיה צפויה לעונשים הקבועים בחוק אם לא אעשה כן, מצהירה בזה בכתב כדלקמן

1. I am making this affidavit in conjunction with my translation from the Hebrew language into the English language

1. הנני עושה תצהירי זה בצמוד לתרגום שביצעתי מהשפה העברית לשפה האנגלית.

2. ☒ I hereby declare that the English language is my mother tongue
   ☒ I am a professional translator with 15 years of experience.

2. ☒ הנני מצהירה כי השפה האנגלית הינה שפת האם שלי.
   ☒ אני מתרגמת מקצועית וברשותי ניסיון של 15 שנה.

3. I am fluent in the Hebrew and English languages and I confirm that the attached translation is accurate and true to the original document.

3. אני שולטת היטב בשפות עברית והאנגלית והנני לאשר את נאמנותו של התרגום, וכי התרגום הינו מדויק.

4. I translated the attached document from copy of the original document presented to me.

4. אני תרגמתי את המסמך הרצ"ב מעותק של מסמך המקור שהוצג בפני.

5. This is my name, my signature, and the content of my affidavit is true.

5. זהו שמי, זו חתימתי ותוכן תצהירי אמת.

**Translator's Name and signature:**

Limor Lichtenstein Katz

Date    18/02/2026

שם וחתימת המתרגם: לימור ליכטנשטיין כץ

תאריך    18/02/2026

**Bank Leumi | Production Date 27/08/2025**

## Forex – Current Accounts

Current Account Balance as of 27/08/2025
The balances are estimated for 27/08/2025 according to the Representative Exchange Rates from 26/08/2025.

The Account of Vincent Society (Anglican Church) –    Currency USA Dollar $ Balance $83,249.07

| Date | Transactions | Reference | Debit | Credit | Cumulative Balance |
|---|---|---|---|---|---|
| 05/08/2025 | Funds Transfer | 51547988 | $34,000.00 | | $83,249.07 |
| 04/08/2025 | Deposit Repayment | 1009 | | $115,176.44 | $117,249.07 |
| 31/07/2025 | Funds Transfer | 51495481 | $166,000.00 | | $2,072.63 |
| 31/07/2025 | Foreign Currency Acquisition | 1220 | | $166,455.09 | $168,072.63 |
| 21/07/2025 | Funds Transfer | 51350494 | $2,750,000.00 | | $1,617.54 |
| 21/07/2025 | Foreign Currency Transfer Fee | 51350494 | $192.00 | | $2,751,617.54 |
| 21/07/2025 | From Current Account to Deposit | 90009 | $115,000.00 | | $2,751,809.54 |
| 17/07/2025 | Immediate Conversion Repayment | 68553980 | | $2,866,809.54 | $2,866,809.54 |

**Bank Leumi** | Production Date 27/08/2025

## Forex – Current Accounts



Funds Transfer

# $2,750,000.00

21/07/2025 | Value Date: 21/07/2025

---

Vincent Society (Anglican Church)

| | |
|---|---|
| Reference | 51350494 |
| Transfer to | PROVINCE OF RECONCILIATION |
| Account | ▇▇▇▇1197 |
| Transaction Number | 645051350494 |
| Documents | SWIFT Payment |
| | Debit/Credit Note |



True Copy
17/02/26 13:33

Call Translation Universal Ltd
514981463
Universal Translation

**Bank Leumi** | Production Date 27/08/2025

## Forex – Current Accounts



Funds Transfer

# $166,000.00

31/07/2025 | Value Date: 31/07/2025

---

Vincent Society (Anglican Church)

| | |
|---|---|
| Reference | 51495481 |
| Transfer to | PROVINCE OF RECONCILIATION |
| Account | ▆▆▆▆1197 |
| Transaction Number | 645051495481 |
| Documents | SWIFT Payment |
| | Debit/Credit Note |



True Copy
17/02/26 13:33

Call Translation Universal Ltd
514981463
Universal Translation

**Bank Leumi** | Production Date 27/08/2025

## Forex – Current Accounts



Funds Transfer

## $34,000.00

05/08/2025 | Value Date: 05/08/2025

Vincent Society (Anglican Church)

| | |
|---|---|
| Reference | 51547988 |
| Transfer to | PROVINCE OF RECONCILIATION |
| Account | 1197 |
| Transaction Number | 645051547988 |
| Documents | SWIFT Payment |
| | Debit/Credit Note |

True Copy
17/02/26 13:33



Call Translation Universal Ltd
514981463