UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE<br><br>APPLICATION OF YS GOLD REAL ESTATE LTD. AND YS GOLD INVESTMENTS LTD. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No.  3:26-mc-8-WWB-MCR |

**MOTION FOR SPECIAL ADMISSION,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Local Rule 2.01(c) of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the special admission of Robert Burns Kearney, Esq., to appear in this Court as counsel *pro hac vice* on behalf of Applicants YS Gold Real Estate Limited and YS Gold Investments Limited, and states.

1.    Movant, Juan J. Mendoza, is a member in good standing of The Florida Bar and is admitted to practice in the United States District Court for the Middle District of Florida.

2.    Mr. Kearney is not a resident of Florida and is not a member of The Florida Bar. He is a member in good standing of the bars of the District of Columbia and Maryland. He is also admitted to practice before the United States District Court for the District of Columbia and the United States District Court for the District of Maryland.

3. Mr. Kearney has not abused the privilege of special admission by maintaining a regular law practice in Florida. Mr. Kearney has initially appeared in the last third-six months in these cases in state or federal court in Florida:

    a. *Application of Dailane Inv. Ltd. and Michael Maillis for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, No. 1:22-cv-23619-ALTMAN/Reid (S.D. Fla. Feb. 19, 2025).

        i. Related case: *Dailane Inv. Ltd. v. HIG Cap. LLC et al*, No. 25-cv-20568-ALTMAN (S.D. Fla. Nov. 17, 2025).

    b. *Stern v. KYC News, Inc, et al*, No. 3:25-cv-755-MMH-MCR (M.D. Fla. Oct. 17, 2025).

4. Mr. Kearney has reviewed and is familiar with the Local Rules of this Court, the Federal Rules of Civil Procedure, and the CM/ECF Administrative Procedures.

5. Mr. Kearney is familiar with 28 U.S.C. § 1927.

6. Mr. Kearney has paid or will pay the fee upon special admission.

7. Mr. Kearney is registered with the Court's CM/ECF system.

8. Mr. Kearney has affirmed the oath.

9. A declaration in support of this motion by Mr. Kearney, and upon which the facts stated herein are based, is attached as **Exhibit A**.

2

WHEREFORE, the undersigned respectfully requests this Court grant the motion for special admission of Robert Burns Kearney to appear *pro hac vice* in this matter.

Dated: February 27, 2026     By:   */s/ Juan J. Mendoza*
Juan J. Mendoza, Esq.
Florida Bar No.: 113587
1111 Brickell Avenue, Suite 1250
Miami, Florida  33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
jmendoza@sequorlaw.com

*Counsel for Applicants YS Gold Real Estate Limited and YS Gold Investments Limited*