UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN RE

APPLICATION OF YS GOLD REAL ESTATE LTD. AND YS GOLD INVESTMENTS LTD. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

Case No. 3:26-mc-8-WWB-MCR

**DECLARATION OF ROBERT BURNS KEARNEY**
**IN SUPPORT OF MOTION FOR SPECIAL ADMISSION**

I, Robert Burns Kearney, declare as follows:

1. My full name is Robert Burns Kearney. I reside in Washington, D.C. My office address is Sequor Law, P.A., 1200 G Street N.W., Suite 340, Washington, D.C. 20005, with telephone number 202-900-8740. My email address is rkearney@sequorlaw.com. I hold a B.A. in Economics from Carleton College in Northfield, Minnesota, and I hold a J.D. from the University of Notre Dame in South Bend, Indiana.

2. I am not a resident of Florida and am not a member of The Florida Bar.

3. I am a member in good standing of the bars of the District of Columbia, with bar number 90005141, and the bar of Maryland, with bar number 2303140003. I am admitted before the United States District Court for the District of Columbia and the United States District Court for the District of Maryland.

4. I have not been disciplined by any bar or court, nor are any disciplinary proceedings pending against me.

5. Pursuant to Local Rule 2.01(c)(4), I disclose that within the past thirty-six months, I have appeared pro hac vice in the following cases in the state or federal courts of Florida:

   a. *Application of Dailane Inv. Ltd. and Michael Maillis for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, No. 1:22-cv-23619-ALTMAN/Reid (S.D. Fla. Feb. 19, 2025).

      i. Related case: *Dailane Inv. Ltd. v. HIG Cap. LLC et al*, No. 25-cv-20568-ALTMAN (S.D. Fla. Nov. 17, 2025).

   b. *Stern v. KYC News, Inc, et al*, No. 3:25-cv-755-MMH-MCR (M.D. Fla. Oct. 17, 2025).

6. I have read and will comply with the Local Rules of this Court, the Federal Rules of Civil Procedure, and the CM/ECF Administrative Procedures.

7. I am familiar with 28 U.S.C. § 1927, which states: Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. I have paid or will pay the fee upon special admission.

9. I am registered with the Court's CM/ECF system.

SEQUOR LAW, P.A.

10. I affirm the oath, which states: I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United states. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics in the legal profession.

11. I respectfully request that the Court grant the Motion for Special Admission so that I may appear and participate in this matter on behalf of Applicants YS Gold Real Estate Limited and YS Gold Investments Limited.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 26th day of February 2026 in Washington, D.C.

By: */s/ Robert Kearney*
Robert B. Kearney

SEQUOR LAW, P.A.