UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE APPLICATION OF YS GOLD
REAL ESTATE LTD. AND YS GOLD
INVESTMENTS LTD. FOR JUDICIAL          CASE NO. 3:26-mc-8-WWB-MCR
ASSISTANCE PURSUANT TO 28
U.S.C. § 1782

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioners' Motion to Unseal *Ex Parte* Application ("Motion") (Doc. 8).   Upon consideration and finding good cause, the Motion is hereby **GRANTED**.

Accordingly, it is **ORDERED**:

1.      The Motion (**Doc. 8**) is **GRANTED**.

2.      The seal on the *Ex Parte* Application for Judicial Assistance in Obtaining Evidence for Use in a Foreign Proceeding (**Doc. 1**) shall be lifted.

**DONE AND ORDERED** in Jacksonville, Florida, on April 6, 2026.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record