UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE APPLICATION OF YS GOLD
REAL ESTATE LTD. AND YS GOLD
INVESTMENTS LTD. FOR JUDICIAL       CASE NO. 3:26-mc-8-WWB-MCR
ASSISTANCE PURSUANT TO 28
U.S.C. § 1782

_____/

## **ORDER**

**THIS CAUSE** is before the Court on Petitioners' Ex Parte Application

for Judicial Assistance in Obtaining Evidence for the Use in a Foreign

Proceeding Pursuant to 28 U.S.C. 1782 ("Application") (Doc. 1).

Petitioners, YS Gold Real Estate Limited ("YSRE") and YS Gold

Investments Limited ("YSI") are parties to an Israeli civil judicial proceeding,

case number 11929-09-25, in the Jerusalem District Court.   (Doc. 3 at 2.)

Petitioners requests that the Court issue an Order for subpoenas to

Respondents CEEC.CHURCH, Province of Reconciliation, Inc., and JP

Morgan Chase Bank, N.A. ("Respondents") for the purpose of obtaining

evidence related to the Israel civil proceeding. (*Id.* at 3–4.)   Specifically,

Petitioners seek

> (1)     records maintained by Respondent JP Morgan
> Chase Bank relating to the transfers from YSRE and
> YSI to the Province of Reconciliation account including
> but not limited to wire transfer records, account
> statements, deposit records, internal transfer records,
> and documentation reflecting the disposition of those

funds after receipt; and

(2)     documents and communications in the possession, custody or control of the CEEC.CHURCH and the Province of Reconciliation.

(*Id.* at 13.)

Petitioners have submitted the original language receipts of the financial transactions at issue together with the official English language translation.   (Doc. 1-2.)   Because the submission complies with all necessary requirements, the Application will be granted.   *See* 28 U.S.C. § 1782(a); *In re Clerici*, 481 F.3d 1324, 1331–32 (11th Cir. 2007).

Accordingly, it is **ORDERED**:

1.     The Application (**Doc. 1**) is **GRANTED**.

2.     The Petitioners may issue subpoenas to Respondents for the purposes of obtaining relevant evidence as outlined in the Application.

**DONE AND ORDERED** in Jacksonville, Florida, on April 6, 2026.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

2